390 A.2d 294

Commonwealth v. Bruce A. Johnston, Appellant.

Commonwealth v. Norman L. Johnston, Appellant.

Commonwealth v. David K. Johnston, Appellant.

Argued March 29, 1978. James H. Thomas, for appellants at Nos. 1160 and 549; No appearance entered nor brief submitted for appellant at No. 1482; John Kenneff, Assistant District Attorney, with him D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgments of sentence affirmed.